## WEAVER *et al. v.* KILLIAN *et al.*

LEWIS, J.   This case is controlled by the decision this day rendered in the case of *Cutts* v. *Scandrett*, ante, 620.

> *Judgment reversed, with direction.    All the Justices concurring.*

Argued June 17, — Decided August 2, 1899.

Quo warranto. Before Judge Butt. Dooly superior court. February term, 1899.

*E. F. Strozier, W. A. Hawkins, E. D. Graham,* and *Shipp & Sheppard*, for plaintiffs in error.    *F. A. Hooper, solicitor-general, Guerry & Hall, Pearson Ellis, J. G. Jones,* and *J. T. Hill*, contra.